| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-11602-AMC

ADELINE M GRADY
1223 SPRUCE STREET
POTTSTOWN  PA   19464

Petition Filed Date: 03/15/2019
341 Hearing Date: 04/26/2019
Confirmation Date: 09/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $434.00 | | 09/07/2022 | $434.00 | | 10/07/2022 | $434.00 | |
| 11/07/2022 | $434.00 | | 12/07/2022 | $434.00 | | 01/09/2023 | $434.00 | |
| 02/06/2023 | $434.00 | | 03/07/2023 | $434.00 | | 04/06/2023 | $434.00 | |
| 05/08/2023 | $434.00 | | 06/06/2023 | $434.00 | | 07/10/2023 | $434.00 | |

**Total Receipts for the Period: $5,208.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $21,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,746.65 | $0.00 | $1,746.65 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $1,407.88 | $0.00 | $1,407.88 |
| 3 | WSFS for FINANCE OF AMERICA<br>»» 003 | Secured Creditors | $180.38 | $180.38 | $0.00 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $4,990.76 | $0.00 | $4,990.76 |
| 5 | BERKHEIMER TAX ADMINISTRATOR<br>»» 005 | Unsecured Creditors | $167.30 | $0.00 | $167.30 |
| 6 | POTTSTOWN SCHOOL DISTRICT<br>»» 006 | Secured Creditors | $1,435.88 | $1,435.88 | $0.00 |
| 7 | BOROUGH OF POTTSTOWN<br>»» 007 | Secured Creditors | $484.23 | $484.23 | $0.00 |
| 8 | PA DEPARTMENT OF REVENUE<br>»» 008 | Priority Crediors | $517.28 | $517.28 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $734.44 | $0.00 | $734.44 |
| 10 | CACH, LLC<br>»» 010 | Unsecured Creditors | $1,277.55 | $0.00 | $1,277.55 |
| 11 | WSFS for FINANCE OF AMERICA<br>»» 011 | Mortgage Arrears | $9,255.47 | $7,825.28 | $1,430.19 |
| 13 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 012 | Unsecured Creditors | $190.80 | $0.00 | $190.80 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,199.00 | $3,199.00 | $0.00 |
| 14 | WSFS for FINANCE OF AMERICA<br>»» 11P | Mortgage Arrears | $5,779.80 | $4,395.09 | $1,384.71 |
| 0 | JOSEPH L QUINN ESQ | Attorney Fees | $850.00 | $850.00 | $0.00 |

**Chapter 13 Case No. 19-11602-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,100.00 | Current Monthly Payment: | $434.00 |
| Paid to Claims: | $18,887.14 | Arrearages: | ($434.00) |
| Paid to Trustee: | $1,817.92 | Total Plan Base: | $24,138.00 |
| Funds on Hand: | $394.94 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.